UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACOB GERRISH,

    Plaintiff,

v.                                                                           Case No: 8:21-cv-365-JSS

COAST PUMP & SUPPLY CO., INC.,

    Defendant.
_____/

## ORDER

Plaintiff, Jacob Gerrish, and Defendant, Coast Pump & Supply Co., Inc., d/b/a Coast Pump Water Technologies have filed their Joint Stipulation of Dismissal with Prejudice (Dkt. 38). In the stipulation, the parties represent that Plaintiff has not compromised as to his Fair Labor Standards Act claim but rather received full relief for his claims. Accordingly, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and disbursements. The Clerk is directed to **CLOSE** the file.

**ORDERED** in Tampa, Florida, on December 1, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record